IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

HERSCHELL HARVELL, JR.,

Defendant.

1:14-cr-59-WSD-1

## OPINION AND ORDER

On July 24, 2015, Defendant was found guilty by jury verdict. Defendant shall be allowed to remain on bond pending sentencing.

Accordingly, the February 27, 2014 Order setting defendant's conditions of release, is hereby **MODIFIED** to include GPS ankle monitoring, the expense to be paid by defendant, and his travel is restricted to the district. Any travel outside the district must be approved by Defendant's supervising officer. All other conditions of release remain the same.

**SO ORDERED** this 27th day of July, 2015.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE